**SOUTH END ENTERPRISES, INC., Appellant**

v.

**CITY OF YORK, Appellee.**

Supreme Court of Pennsylvania.

Argued May 12, 2008.

Decided May 15, 2008.

Thompson J. McCullough, Esq., York, for South End Enterprises, Inc.

Donald Byrne Hoyt, Esq., Shaleeta Rhoshawn Washington, Esq., York, for City of York.

CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD and McCAFFERY, JJ.

### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of May 2008, the Court being evenly divided, the Order of the Commonwealth Court is affirmed.

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Earl R. TOWNSEND, Appellant.**

Supreme Court of Pennsylvania.

Argued May 14, 2008.
Decided May 27, 2008.

Dean Walid Ibrahim, Esq., Ibrahim & McKillop, P.C., Doylestown, for Earl R. Townsend.

Michelle Ann Henry, Esq., Bucks County District Attorney's Office, Stephen B. Harris, Esq., Office of the District Attorney, Anthony C. Cappuccio, Esq., Laura Siegle, Esq., for Commonwealth of Pennsylvania.

Before: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD and MCCAFFERY, JJ.

### *ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**